IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**RICKEY TYRONE TAYLOR**                                            **PLAINTIFF**
**ADC #110675**

**V.**                  **No. 2:06cv00226-JLH/BD**

**LARRY NORRIS,** *et al.*                                           **DEFENDANTS**

## ORDER

The Court has received the Recommended Disposition from Magistrate Judge Beth Deere. The parties have not filed any objections. After careful review, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Accordingly, the Court hereby GRANTS the Defendants' Motion for Summary Judgment (#15); DISMISSES Plaintiff's Complaint (#2) with prejudice; DISMISSES Defendants' Motions to Dismiss for Lack of Prosecution (#20 and 32) as moot, and orders that the case be closed.

IT IS SO ORDERED, this 14th day of December, 2007.

_____
UNITED STATES DISTRICT JUDGE